# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0033

VERSUS

DREW MICHAEL LEBOUEF

**FEBRUARY 23, 2026**

---

In Re:    Drew Michael LeBouef, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 516501.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the writ of mandamus, the uniform application for postconviction relief, the district court's rulings on his pleadings, the State's response (if any), the bill of information or indictment, the criminal court minutes, and any other pertinent documents from the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before April 21, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                              WIL
                              EW
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT